UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FULL NAME<br><br>Petitioner(s),<br><br>BINDERIYA GANSUKH<br><br>v.<br><br>NAME OF WARDEN<br><br>WARDEN, Adelanto ICE Processing Center, et a<br><br>Respondent(s). | CASE NUMBER:<br><br>(leave blank – supplied by Clerk of Court) |

**PETITION FOR WRIT OF HABEAS CORPUS BY**
**A PERSON IN IMMIGRATION CUSTODY**
**(28 U.S.C. § 2241)**

**PERSONAL INFORMATION**

1. (a) Your full name: Binderiya Gansukh

   (b) Named used by immigration court if different than above: ____________________

2. A-Number: A216-258-993

3. Place of Detention: Adelanto ICE Processing Center, 10400 Rancho Road, Adelanto, CA 923

## CURRENT DETENTION AND IMMIGRATION PROCEEDINGS

4. Date you were taken into present immigration custody or other official restraint:

On or about September 4, 2026

5. Describe how and where you were taken into immigration custody:

Petitioner reports that ICE officers arrested her in early September 2026 while she and her fiancé, a United States citizen, were traveling to Las Vegas, Nevada, to be married. ICE issued a Notice to Appear at Santa Ana, California, on September 4, 2026, served it on her in person that day, and confined her at the Adelanto ICE Processing Center. See attached Petition ¶¶ 33-38.

6. What country or countries does the Government allege you are a citizen of?

Mongolia

7. Do you have an order of removal?

Yes ✔ No

8. If yes, on what date was the removal order issued? ______

9. Which countries does the removal order designate for removal? ______

10. Is the Government trying to remove you to a country or countries other than the countries designated in an order of removal?

Yes ✔ No

11. If so, what country or countries? ______

12. If you have an order of removal, provide the type of order:

Removal order issued by an Immigration Judge (IJ)

Expedited removal order

Reinstated removal order

Other: __________________

13. If an IJ issued the order of removal, did you waive an appeal to the Board of Immigration Appeals (BIA)?

Yes No

14. If you appealed to the BIA, has the BIA dismissed your appeal?

Yes No

15. If yes, on what date did the BIA dismiss your appeal?__________________________________

16. If the BIA dismissed your appeal, did you file a petition for review with the Ninth Circuit Court of Appeals?

Yes No

17. If your case is pending at the Ninth Circuit, do you have a stay of removal?

Yes No

18. Do you have a pending immigration case in which you are contesting the Government's removal charges or seeking relief from removal?

✔ Yes No

19. If yes, where is your case currently pending?

✓ Immigration Court

BIA

Ninth Circuit Court of Appeals. Provide Case Number: ___________________________

Other _________________________________________________________________

20. Has an IJ granted any applications for relief from removal?

Yes ✔ No

21. If yes, on what date did the IJ grant the relief? ______________________________

22. What type of relief from removal?

None granted. Asylum application (Form I-589) pending; received by USCIS January 5, 2018.

23. Have you had a bond hearing in immigration court?

Yes ✔ No

24. If you answered "yes" to Question 23, then provide:

(a) Date of bond hearing: ______________________________

(b) The IJ found that:

I am not eligible for a bond hearing.

I cannot be released because I am a danger or flight risk.

I should be released on the following conditions:

Other: ______________________________

25. If you were denied release at a bond hearing, did you appeal to the BIA?

Yes No

26. If you answered "yes" to Question 25, then provide:

(a) Date of Appeal to BIA: ______________________________

(b) Outcome of Appeal

Affirmed IJ bond decision

Reversed IJ bond decision

I am waiting for BIA bond decision

Other: ______________________________________________

27. If you answered "no" to Question 25, state if you plan to appeal to the BIA or, if not, explain why you do not plan to appeal to the BIA:

**PREVIOUS DETENTION**

28. Prior to your current detention, have you ever been detained and later released from immigration custody?

Yes ✔ No

29. If you answered "yes" to Question 29, please describe all the periods in which you have previously been in immigration custody.

30. Were you subject to any conditions upon your previous release(s)?

Yes No

31. If you answered “yes” to uestion 31, please describe any conditions of your previous release(s):

Order of Supervision

Order of Release on Recognizance

Parole

Other: ____________________________________________________

## GROUNDS FOR YOUR PETITION

32. State every ground (reason) that supports your claim that you are being held or restrained unlawfully. State the facts supporting each ground. You may attach additional pages if necessary to provide legal arguments and supporting authority. You may also attach any documents relevant to your claims.

**GROUND ONE**:

Fifth Amendment Due Process Clause: detention that bears no reasonable relation to its purpose and was imposed without an individualized determination. See attached Petition ¶¶ 46-52.

Supporting facts:

Petitioner was inspected and admitted as an F-1 student on August 21, 2017. She applied for asylum on January 5, 2018; USCIS told her in writing that she may remain in the U.S. until the application is decided; it is still pending; USCIS accepted her annual asylum fee on June 12, 2026; and DHS authorized her employment through September 10, 2030. She has no criminal history and was arrested on her way to marry a United States citizen. Respondents have disclosed no individualized finding of danger or flight risk. See attached Petition ¶¶ 27-42 and Appendix of Exhibits.

**GROUND TWO**:

Violation of 8 U.S.C. §§ 1226(a) and 1357(a)(2) and 8 C.F.R. §§ 236.1(b)(1), 1236.1(b)(1), and 287.8(c)(2): arrest and detention without lawful authority. See attached Petition ¶¶ 53-58.

Supporting facts:

The Notice to Appear lists the detention facility as Petitioner's residence, showing she was already in custody when it was prepared. Respondents have disclosed no Form I-200 warrant and no finding that she was likely to escape before a warrant could be obtained. See attached Petition ¶¶ 33-38.

**GROUND THREE**:

Violation of 8 C.F.R. §§ 236.1(c)(8) and 287.3(d) and the Accardi doctrine: failure to make the individualized custody determination the regulations require. See attached Petition ¶¶ 59-63.

Supporting facts:

Respondents have provided no Form I-286 and have disclosed no custody determination that weighed Petitioner's lack of criminal history, nine years of residence, pending asylum application, DHS-issued employment authorization, or engagement to a United States citizen. See attached Petition ¶¶ 38, 61-63.

## REQUEST FOR RELIEF

33. State exactly what you want the court to do:

Issue a writ of habeas corpus ordering Petitioner's immediate release; in the alternative, order an individualized custody hearing within seven days at which the government bears the burden by clear and convincing evidence; order that Petitioner not be transferred out of this District while the petition is pending; order production of the Form I-200, Form I-213, Form I-286, and related generation records; enjoin re-detention absent notice and a hearing; and award fees under 28 U.S.C. § 2412. See the Prayer for Relief in the attached Petition.

**DECLARATION UNDER PENALTY OF PERJURY**

If you are in custody, on what date did you place this petition in the mail system: ___________

I declare under penalty of perjury that I am the Petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: September 18, 2026

_______________________________________________

*Signature of Petitioner*

/s/ Deron Edward Smallcomb, Attorney for Petitioner (SBN 282493)

*Signature of Attorney or other authorized person, if any*